David M. Swartley, ISB No. 5230
Lance E. Olsen, ISB No. 7106
McCarthy & Holthus, LLP
702 W. Idaho St., Suite 1100
Boise, ID 83702
Phone (208) 863-4401
Fax (206) 780-6862
dswartley@mccarthyholthus.com

Attorneys for U.S. Bank Trust National
Association, Not In Its Individual Capacity But
Solely as Owner Trustee for RCAF
Acquisition Trust, by and through its servicing
agent Selene Finance LP

The Honorable Noah G Hillen
Chapter 13

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>Zachary Adam Mcvicker,<br><br>Debtor. | Case No. 25-00545-NGH<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

U.S. Bank Trust National Association, Not in its Individual Capacity but solely as Owner Trustee for RCAF Acquisition Trust, by and through its servicing agent Selene Finance LP ("Selene"), objects to confirmation of Debtors' Chapter 13 Plan filed on August 15, 2025.

## BACKGROUND

Selene holds a Deed of Trust on the real property ("Property") commonly known as **5452 S Pinland Ave, Meridian, ID 83642.**

As of July 21, 2025, the total amount in default was approximately $157,142.08. This represents the monthly payments, accrued late charges, advances, foreclosure fees and costs, and attorneys' fees and costs, as will be further described in the Proof of Claim filed by Selene.

Objection to Chapter 13 Plan - 1
MH#ID-25-185201

**McCarthy & Holthus, LLP**
702 W. Idaho St., Suite 1100
Boise, ID 83702
(877) 369-6122

## REASONS FOR OBJECTION

The Plan does not provide for payment of arrears in the approximate amount of $157,142.08.

The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Selene.

If the Confirmation Order or an Amended Plan provide for payment of the arrears, this objection may be considered withdrawn.

## **CONCLUSION**

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Selene respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Selene and cure the other deficiencies.

WHEREFORE, Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Selene and cure the other deficiencies;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Dated: 8/21/2025

/s/ - *David M. Swartley*
David M. Swartley, ISB 5230
Lance E. Olsen, ISB 7106
McCarthy & Holthus, LLP
Attorney for U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely as Owner Trustee for RCAF Acquisition Trust, by and through its servicing agent Selene Finance LP

Objection to Chapter 13 Plan - 2
MH#ID-25-185201

**McCarthy & Holthus, LLP**
702 W. Idaho St., Suite 1100
Boise, ID 83702
(877) 369-6122

**CERTIFICATE OF SERVICE**

On 8/21/2025, I served the foregoing **OBJECTION TO CONFIRMATION OF PLAN** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
Kathleen A. McCallister
kam@kam13trustee.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 8/21/2025, I served the foregoing **OBJECTION TO CONFIRMATION OF PLAN** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Zachary Adam Mcvicker, 5452 S Pinland Avenue, Meridian, ID 83642

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 8/21/2025        /s/ Hue Banh
Hue Banh