ZACHARY ADAM MCVICKER
5452 S Pinland Avenue
Meridian, ID 83642
Debtor, Pro Se

U.S. COURTS

NOV 04 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

ZACHARY ADAM MCVICKER

Debtor.

Case No. 25-00545-BRW

Chapter 13

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS
## AND NOTICE OF COMPLIANCE

COMES NOW the Debtor, Zachary Adam McVicker, and hereby responds to the Chapter 13 Trustee's Motion to Dismiss filed on October 28, 2025 (and Amended Motion filed October 29, 2025), and states as follows:

1. The Debtor has filed all outstanding Federal and Idaho State income tax returns for tax years 2021 through 2024, as required under 11 U.S.C. §§ 1308 and 1325(a)(9).

2. The Idaho State Tax Commission's objection was based solely on certain missing "zero-withholding" reports, which are being completed and transmitted.

3. The Debtor will be current on Chapter 13 plan payments prior to the November 18, 2025 hearing, and will continue to make all good-faith efforts to comply with Trustee requirements.

4. The Debtor respectfully requests that the case not be dismissed prior to the scheduled hearing so that these compliance issues can be reviewed and resolved on the record.

WHEREFORE, the Debtor requests that the Court deny the Trustee's Motion to Dismiss, or in the alternative, continue the matter to allow verification of compliance, and for such other relief as the Court deems just and proper.

DATED: 10/30/2025

Respectfully submitted,

Zachary Adam McVicker, Debtor Pro Se
5452 S Pinland Avenue
Meridian, ID 83642